IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| MARCO MALDONADO, | CIVIL ACTION |
| Petitioner, | |
| v. | |
| WARDEN, SCI-GRATERFORD and THE ATTORNEY GENERAL OF THE STATE OF JOSH SHAPIRO, | NO. 17-5710 |
| Respondents. | |

**O R D E R**

**AND NOW**, this 19th day of December, 2019, upon consideration of *pro se* petitioner's Petition Under 28 U.S.C. § 2254 for Writ of Habeas Corpus (Document No. 1, filed December 19, 2017), the record in this case, the Report and Recommendation of Judge Lynne A. Sitarski dated November 20, 2019, by agreement of the parties, **IT IS ORDERED** as follows:

1. The Report and Recommendation of Judge Lynne A. Sitarski dated November 20, 2019, is **APPROVED** and **ADOPTED**;

2. *Pro se* petitioner's Petition Under 28 U.S.C. § 2254 for Writ of Habeas Corpus is **STAYED** until further order of the Court;

3. The Clerk of Court shall **TRANSFER** this case to the Civil Suspense File pending the parties' efforts to reach a negotiated resolution of the matter;

4. The Clerk shall **MARK** the case **CLOSED FOR STATISTICAL PURPOSES**;

5. The Court shall **RETAIN** jurisdiction over the case and the case shall be **RETURNED** to the Court's active docket when there are no impediments to further proceedings and the case may proceed to final disposition;

6. The entry of this Order is **WITHOUT PREJUDICE** to the rights of any party to request that the case be returned to the Court's active docket; and,

7. *Pro se* petitioner and counsel for respondents shall file and serve a joint report on settlement at two (2) month intervals or more frequently if warranted by the circumstances. One (1) copy of each joint report shall be served on the Court (Chambers, Room 12613) when the original is filed.

**BY THE COURT:**

**/s/ Hon. Jan E. DuBois**

**DuBOIS, JAN E., J.**